UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-457-SVW (SP) | Date | March 19, 2013 |
|---|---|---|---|
| Title | ROBERT BROWN v. LOS ANGELES POLICE DEPARTMENT | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute

On January 29, 2013, plaintiff Robert Brown, proceeding pro se and in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On February 1, 2013, the court issued an Initial Civil Rights Case Order, advising plaintiff that the court was screening the complaint and that further directions would follow. In paragraph 8 of that same Order, the court also instructed plaintiff that "plaintiff must immediately notify the court (and defendants or defendants' attorneys) of any change in plaintiff's address and the effective date. If plaintiff fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

After screening the complaint, on March 4, 2013, the court issued an order dismissing the complaint with leave to amend, and mailed that order to plaintiff at his address of record. That mailing was returned to the court as undeliverable on March 15, 2013, with an stamped message from the Postal Service stating: "UNDELIVERABLE AS ADDRESSED. FORWARDING ORDER EXPIRED."

It therefore appears that plaintiff has failed to follow the court's Order to immediately notify the court of a change of address. Plaintiff's failure to comply with the court's Initial Civil Rights Case Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-457-SVW (SP) | Date | March 19, 2013 |
|---|---|---|---|
| Title | ROBERT BROWN v. LOS ANGELES POLICE DEPARTMENT | | |

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **April 2, 2013**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.