JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BROWN, | ) Case No. CV 13-457-SVW (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| LOS ANGELES POLICE DEPARTMENT, | ) |
| Defendant. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: ___April 30, 2013_____

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE